### 6685. YATES *v.* THE STATE.

BROYLES, J. Under the undisputed evidence the accused was clearly guilty of robbery by force. *Harris* v. *State*, 1 *Ga. App.* 136 (57 S. E. 937). The court therefore did not err in restricting the jury to the consideration of the first count in the indictment, which charged robbery by force. *Judgment affirmed.*

DECIDED OCTOBER 26, 1915.

Indictment for robbery; from Chatham superior court—Judge Charlton. May 21, 1915.

*Shelby Myrick*, for plaintiff in error.

*Walter C. Hartridge, solicitor-general*, contra.